# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Case No.

**DANIEL L MARSH,**

      Plaintiff,

v.

**EXPERIAN INFORMATION
SOLUTIONS INC,** *et al.*,

      Defendant(s).

_____/

### <u>SUMMONS IN CIVIL ACTION</u>

To:

      **Equifax Information Services LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301**

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Talal Rashid, Esq.
PATTI ZABALETA LAW GROUP
110 SE 6th Street 17th Floor, Fort Lauderdale, Florida 33301
E-mail: Talal@pzlg.legal / Phone: 305-332-6201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk of Deputy Clerk*